LODGED
CLERK, U.S. DISTRICT COURT

MAR 1 3 2018

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WEST DIVISION
LOS ANGELES, CA 90012-4701

CV18-02091-UA

In the Matter of:

) File No. 281Z-LA-2230329-FF3
)
Seizure of $120,002.33 in Funds from ) FBI Seizure No.: 3410-18-F-075
Account No. 0881040495 in the Name of ) Asset ID No.: 18-FBI-001267
XUE JI at HSBS Bank )
)

# PETITION FOR RELEASE OF SEIZED PROPERTY



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 12 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## STATEMENT OF CASE AND FACTS

Respondent, Xue Ji hereby respectfully requests to move this Court to release the above stated asset seized by the FBI. The FBI has accepted my claim of ownership and has referred the matter to the United States Attorney's Office; and has instructed the undersigned to file a petition for the release of the property with the district court in which the forfeiture complaint has been filed, or if no complaint has been filed, the district court in which the seizure warrant was issued or the district court in the district where the property was seized, pursuant to 18 U.S.C. Section 983(f)(3).  Hence, this petition is respectfully filed.

Dated: _____ March 7, 2018 _____          _____

Xue Ji, Respondent & Property Owner

2

## RESPONDENT'S AFFIDAVIT

I, Xue Ji, state under the penalty of perjury that the following is true and correct to the best of my knowledge and ability.

1. I am a native and citizen of the People's Republic of China, born on June 24, 1991. I first entered the United States on January 4, 2012 with F-1 student's visa to attend school at Oregon State University. I obtained my Bachelor's Degree in or around September 2016. Currently, I am attending University of La Verne for MBA program.

   Exhibit A – Copy of my Chinese Passport ID Page
   Exhibit B – Copy of my US Visa Page
   Exhibit C – Copy of my I-20's
   Exhibit D – Bachelor's Degree Paper
   Exhibit E – Fee Receipts for my Tuitions

2. I have never had a paid job in the United States. All my tuition and expenses in the United States are paid for me by my parents in China. Please note: due to the foreign currency control by the Chinese government, the maximum quota per year per individual is USD50,000.

   Exhibit F – Bank Statements to Show Money Transfer to my Chase Bank
                     Account from my parents

3. On August 22, 2017, I got married with my husband XIN, Zhaoqi. My husband is also attending school at University of La Verne for MBA program as well.

   Exhibit G – Marriage Certificate
   Exhibit H – My Husband's I-20's

4. After I got married with my husband, my parents knew that we would have more expenses for our family life and they decided to give us a gift money in the amount of USD120,000.00 (Rmb813,600.00). Because the amount has exceeded the allowed amount of bank transfer, my parents sought help from Zhili Song. My mother Dan Li deposited Rmb813,600.00 into Zhili Song's account at the Industrial & Commercial Bank of China on 08/01/2017 @12:00:33. Then, Zhili Song let Dianwei Wang deposite USD120,000.00 into my HSBC bank account.

The USD120,000.00 has currently become the seized asset by the FBI

The USD120,000.00 is my parents' legal income in China and legal gift money to me

from my parents, who have been supporting me all the time during my education in the

United States

Exhibit I – Document to Show my Mother's Deposit into Zhili Song's

Bank account in China

Exhibit J – Wire Transfer Printout from Dianwei Wang to my HSBC account

Exhibit K – My Personal Information – Mother & Daughter Relationship between

me and my Mother

5. Currently, I have given birth to my baby daughter – Yiyan Xin on February 20, 2018.  I am in urgent need of the money to pay my bills for my childbirth and to support our family life.

Exhibit L – My Baby Daughter's Birth Certificate

6. Based the explanation stated above and evidences provided; and due to my dire situation of imminent child birth on 03/01/2018, it is respectfully requested that FBI officer release my seized asset at your earliest convenience.

Thank you very much for your kind attention and consideration on the matter.

Sincerely,

_____

Affiant:  Xue JI – Seized Asset Owner

**JI, Xue**
**Respondent & Seized Asset Owner**

## Proof of Service

On __March 7, 2018__, I, __Xue Ji__, mailed a copy of this Petition for Release of Seized Property and any attached pages to ___ the United States Attorney's Office, Central District of California ___ at the following address: _____ 312 North Spring Street, Fourteenth Floor, Los Angeles, CA 90012 _____ by US Postal Service First Class Mail.

_____                                    ___March 7, 2018_____
Signature                                                                        Date

5

**JI, Xue**
**Respondent & Seized Asset Owner**

## Proof of Service

On   March 7, 2018   , I,   Xue Ji   , mailed a copy of this   Petition for Release of
Seized Property and any attached pages to_____ the Federal Bureau of Investigation _____ at the
following address:_____ 11000 Wilshire Boulevard, Suite 1700, Los Angeles, CA 90024-3672
by  US Postal Service First Class Mail.


_____                                        ___March 7, 2018_____
Signature                                                                      Date

6



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 281Z-LA-2230329-FF3

Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, CA 90024-3672

February 23, 2018

CERTIFIED RETURN RECEIPT

Ms. Xue Ji
1216 Bramford Court
Diamond Bar, California 91765-6502

> RE: Seizure of $120,002.33 in funds from account number 0881040495 in the
> name of XUI JI at HSBS Bank
> FBI Seizure Number: 3410-18-F-075
> Asset Identification Number: 18-FBI-001267

Dear Ms. Ji:

Reference your request to the Federal Bureau of Investigation (FBI) for the release of the above-described property, filed by you, dated 01/30/2018. Your request for release has been reviewed and is hereby denied.

Title 18, United States Code (U.S.C.), Section 983(f) and Title 28, Code of Federal Regulations (C.F.R.), Section 8.15, provide for the release of seized property pending forfeiture proceedings upon satisfaction of certain conditions specified by law. The request for release must set forth the basis on which the requirements of the law are met.

Your request has failed to sufficiently demonstrate those requirements. The seized property is a type of property exempted from the release provisions of 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15(d)(5) because the property is currency, or other monetary instrument, or electronic funds.

The FBI has accepted your claim of ownership and has referred this matter to the United States Attorney's Office, Central District of California, 312 North Spring Street, Fourteenth Floor, Los Angeles, California 90012, for consideration.

Forfeiture proceedings are continuing against this property. Pursuant to 18 U.S.C. Section 983(f)(3) you may file a petition for the release of the property with the district court in which the forfeiture complaint has been filed, or if no complaint has been filed, the district court

in which the seizure warrant was issued or the district court in the district where the property was seized. Pursuant to 28 C.F.R. Section 8.15 (e), you must also send copies of the judicial petition to the Federal Bureau of Investigation, 11000 Wilshire Boulevard, Suite 1700, Los Angeles, CA 90024-3672, Attention: Paralegal Specialist Steven Olson, and to the U.S. Attorney in the Central District of California, the judicial district in which the petition is filed.  Please use the referenced seizure number and asset ID number in any future correspondence.

Sincerely,

PAUL D. DELACOURT
Assistant Director in Charge

By:  JESSIE T. MURRAY
Special Agent/Legal Advisor



中华人民共和国外交部请各国军政机关对持照人予以通行
的便利和必要的协助。

The Ministry of Foreign Affairs of the People's Republic of China
requests all civil and military authorities of foreign countries to allow the
bearer of this passport to pass freely and afford assistance in case of need.

护 照
PASSPORT

类型 / Type
P

国家码 / Country Code
CHN

护照号 / Passport No.
G56541579

姓 / Surname
纪 / JI

名 / Given names
雪 / XUE

性别 / Sex
女 / F

出生日期 / Date of birth
24 JUN 1991

出生地点 / Place of birth
辽宁 / LIAONING

签发日期 / Date of issue
17 NOV 2011

签发地点 / Place of issue
辽宁 / LIAONING

有效期至 / Date of expiry
16 NOV 2021

签发机关 / Authority
公安部出入境管理局
Exit & Entry Administration
Ministry of Public Security

P0CHNJI<<XUE<<<<<<<<<<<<<<<<<<<<<<<<<<<<
G56541579CHN9106248F2111164192021 08<<<<<<74

8904414I



Exh B







Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0008696791

| SURNAME/PRIMARY NAME<br>Ji | GIVEN NAME<br>Xue | Class of Admission |
|---|---|---|
| PREFERRED NAME<br>Xue Ji | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH<br>CHINA | COUNTRY OF CITIZENSHIP<br>CHINA | |
| DATE OF BIRTH<br>24 JUNE 1991 | ADMISSION NUMBER<br>61999803385 | |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | LEGACY NAME<br>Xue Ji | ACADEMIC AND<br>LANGUAGE |

### SCHOOL INFORMATION

| SCHOOL NAME<br>University of La Verne<br>University of La Verne | SCHOOL ADDRESS<br>1950 Third Street, La Verne, CA 91750 |
|---|---|
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Pressian Nicolov<br>Director | SCHOOL CODE AND APPROVAL DATE<br>LOS214F00321000<br>22 JANUARY 2003 |

### PROGRAM OF STUDY

| EDUCATION LEVEL<br>MASTER'S | MAJOR 1<br>Business Administration and<br>Management, General 52.0201 | MAJOR 2<br>None 00.0000 |
|---|---|---|
| PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient | EARLIEST ADMISSION DATE |
| START OF CLASSES<br>05 JUNE 2017 | PROGRAM START/END DATE<br>05 JUNE 2017 - 30 NOVEMBER 2019 | |

### FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 12 months | | STUDENT'S FUNDING FOR: 12 months | |
|---|---|---|---|
| Tuition and Fees | $ 14,940 | Personal Funds | $ 71,070 |
| Living Expenses | $ 18,276 | Funds From This School | $ |
| Expenses of Dependents (0) | $ | Funds From Another Source | $ |
| Other | $ | On-Campus Employment | $ |
| TOTAL | $ 33,216 | TOTAL | $ 71,070 |

### REMARKS

### SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

| X  *Pressian Nicolov* | | |
|---|---|---|
| SIGNATURE OF: Pressian Nicolov, Director | DATE ISSUED<br>11 January 2018 | PLACE ISSUED<br>La Verne,CA |

### STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. **Parent or guardian, and student, must sign if student is under 18.**

| X | | |
|---|---|---|
| SIGNATURE OF: Xue Ji | | DATE |
| | X | |
| NAME OF PARENT OR GUARDIAN | SIGNATURE | ADDRESS (city/state or province/country)    DATE |

ICE Form I-20 (3/31/2018)



Page 1 of 3

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0008696791 (F-1)     NAME: Xue Ji

EMPLOYMENT AUTHORIZATIONS

## CHANGE OF STATUS/CAP-GAP EXTENSION

## AUTHORIZED REDUCED COURSE LOAD

| TYPE | START DATE | END DATE |
|------|-----------|----------|
| ILLNESS OR MEDICAL CONDITION | 08 JANUARY 2018 | 18 MARCH 2018 |

## CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|----------------------------|--------------------------|
| 08 JANUARY 2018 | 18 MARCH 2018 |

## TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|----------------------------|-------|-----------|-------------|--------------|
| | | X | | |
| | | X | | |
| | | X | | |
| | | X | | |

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0008696791

| SURNAME/PRIMARY NAME<br>Ji | GIVEN NAME<br>Xue | **Class of Admission** |
|---|---|---|
| PREFERRED NAME<br>Xue Ji | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH<br>CHINA | COUNTRY OF CITIZENSHIP<br>CHINA | |
| DATE OF BIRTH<br>24 JUNE 1991 | ADMISSION NUMBER | |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | LEGACY NAME<br>Xue Ji | **ACADEMIC AND LANGUAGE** |

## SCHOOL INFORMATION

| SCHOOL NAME<br>Oregon State University<br>Oregon State University | SCHOOL ADDRESS<br>Oregon State University, University Plaza Suite 130,<br>1600 SW Western Blvd., Corvallis, OR 97333 |
|---|---|
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Caitlin McVay<br>International Student Advisor | SCHOOL CODE AND APPROVAL DATE<br>POO214F00002000<br>30 DECEMBER 2002 |

## PROGRAM OF STUDY

| EDUCATION LEVEL<br>BACHELOR'S | MAJOR 1<br>Economics, General 45.0601 | MAJOR 2<br>None 00.0000 |
|---|---|---|
| PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient | EARLIEST ADMISSION DATE<br>06 DECEMBER 2011 |
| START OF CLASSES<br>05 JANUARY 2012 | PROGRAM START/END DATE<br>05 JANUARY 2012 - 02 SEPTEMBER 2016 | |

## FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 12 MONTHS | | STUDENT'S FUNDING FOR: 12 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 21,470 | Personal Funds | $ 35,890 |
| Living Expenses | $ 8,750 | Funds From This School | $ |
| Expenses of Dependents (0) | $ | Family funds/abroad | $ 0 |
| Bks, supp, ins. | $ 5,670 | On-Campus Employment | $ |
| TOTAL | $ 35,890 | TOTAL | $ 35,890 |

## REMARKS

Program shortened for Optional Practical Training (OPT). Health insurance is required.

## SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

X _Caitlin McVay_
SIGNATURE OF: Caitlin McVay, International Student
Advisor

DATE ISSUED
01 August 2016

PLACE ISSUED
Corvallis, OR

## STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. **Parent or guardian, and student, must sign if student is under 18.**

X _Xue Ji_
SIGNATURE OF: Xue Ji

DATE 08/05/2016

| X | |
|---|---|
| NAME OF PARENT OR GUARDIAN | SIGNATURE |

ADDRESS (city/state or province/country)     DATE

ICE Form I-20 (3/31/2018)

Page 1 of 3

Page 2

Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested.

## INSTRUCTIONS TO DESIGNATED SCHOOL OFFICIALS

**1. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form.** Designated school officials should consult regulations pertaining to the issuance of Form I-20 A-B at 8 CFR 214.3(k) before completing this form. Failure to comply with these regulations may result in the withdrawal of the school approval for attendance by foreign students by the Immigration and Naturalization Service (8 CFR 214.4).

**2. ISSUANCE OF FORM I-20 A-B.** Designated school officials may issue a Form I-20 A-B to a student who fits into one of the following categories, if the student has been accepted for full-time attendance at the institution: a) a prospective F-1 nonimmigrant student; b) an F-1 transfer student; c) an F-1 student advancing to a higher educational level at the same institution; d) an out of status student seeking reinstatement. The form may also be issued to the dependent spouse or child of an F-1 student for securing entry into the United States.

**When issuing a Form I-20 A-B, designated school officials should complete the student's admission number whenever possible to ensure proper data entry and record keeping.**

**3. ENDORSEMENT OF PAGE 3 FOR REENTRY.** Designated school officials may endorse page 3 of the Form I-20 A-B for reentry if the student and/or the F-2 dependents is to leave the United States temporarily. This should be done only when the information on the Form I-20 remains unchanged. If there have been substantial changes in item 4, 5, 7, or 8, a new Form I-20 A-B should be issued.

**4. REPORTING REQUIREMENT.** Designated school officials should always forward the top page of the Form I-20 A-B to the INS data processing center at P.O. Box 140, London, Kentucky 40741 for data entry except when the form is issued to an F-1 student for initial entry or reentry into the United States, or for reinstatement to student status. (Requests for reinstatement should be sent to the Immigration and Naturalization Service district office having jurisdiction over the student's temporary residence in this country.)

**The INS data processing center will return this top page to the issuing school for disposal after data entry and microfilming.**

**5. CERTIFICATION.** Designated school officials should certify on the bottom part of page 1 of this form that the Form I-20 A-B is completed and issued in accordance with the pertinent regulations. The designated school official should remove the carbon sheet from the completed and signed Form I-20 A-B before forwarding it to the student.

**6. ADMISSION RECORDS.** Since the Immigration and Naturalization Service may request information concerning the student's immigration status for various reasons, designated school officials should retain all evidence which shows the scholastic ability and financial status on which admission was based, until the school has reported the student's termination of studies to the Immigration and Naturalization Service.

## INSTRUCTIONS TO STUDENTS

**1. Student Certification.** You should read everything on this page carefully and be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before you sign the student certification on the bottom part of page 1. **The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.**

**2. ADMISSION.** A nonimmigrant student may be admitted for duration of status. This means that you are authorized to stay in the United States for the entire length of time during which you are enrolled as a full-time student in an educational program and any period of authorized practical training plus sixty days. While in the United States, you must maintain a valid foreign passport unless you are exempt from passport requirements.

You may continue from one educational level to another, such as progressing from high school to a bachelor's program or a bachelor's program to a master's program, etc., simply by invoking the procedures for school transfers.

Form I-20 A-B (Rev. 04-27-88)N

**3. SCHOOL.** For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa by presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

**4. REENTRY.** A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

**5. TRANSFER.** A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

**6. EXTENSION OF STAY.** If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period in a single educational level, or for more than eight consecutive years, you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

**7. EMPLOYMENT.** As an F-1 student, you are not permitted to work off campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status, or the need to obtain practical training.

**8. Notice of Address.** If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service. (Form AR-11 is available at any INS office.)

**9. Arrival/Departure.** When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of Form I-94 for detailed instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico, or adjacent islands other than Cuba for less than 30 days.

**10. Financial Support.** You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States while pursuing a full course of study. You are required to attach documentary evidence of means of support.

**11. Authorization to Release Information by School.** To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

**12. Penalty.** To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend. You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

AUTHORITY FOR COLLECTING. Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

REPORTING BURDEN. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection or information. Send comments regarding this burden estimated or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536; and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1653-0038, Washington, D.C. 20503.

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING
IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY
IMMIGRATION AND NATURALIZATION SERVICE OFFICE.

FAMILYNAME: Ji                                          FIRST NAME: Xue

Primary Major: 52.0299   Business Administration, Management and

Student Employment Authorization:

| | |
|---|---|
| Employment Status: | Type: |
| Duration of Employment - From (Date): | To (Date): |
| Employer Name: | |
| Employer Location: | |

Comments:

SEVIS

Student's Copy

N0008696791

Event History
Event Name:                                    Event Date:

Current Authorizations:                        Start Date:     End Date:

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States.
Each certification signature is valid for one year.

Name of School:

Tyler Oxley                          Admissions Coordinator -
                                     for Int'l Undergraduates      10/25/2011   Corvallis, OR

| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
|---|---|---|---|---|
| Ismail Warsame | | International Student Advisor | 6/15/2012 | Corvallis, OR |
| Ismail Warsame | | International Student Advisor | 8/15/13 | Corvallis OR |
| Nan Xie | | Int'l Student Advisor | 8/15/14 | Corvallis, OR |

Form I-20 A-B (Rev. 04-27-88)N

# Oregon State University

The Trustees of the University, by virtue of the authority vested in them by law, and on recommendation of the Faculty Senate, has conferred on

## Xue Ji

the degree of

## Bachelor of Science

Economics

with all the rights, privileges, and honors thereto appertaining.

In testimony whereof we have subscribed our names and impressed the seal of Oregon State University on this diploma at Corvallis, Oregon, this second day of September, Two Thousand and Sixteen.



President of Oregon State University





Chair of the Oregon State University Board of Trustees

Exh-D

Account Information

2018/2/1 上午11:52

# Account Information

## Account Information for: Ji, Xue

**PLEASE NOTE:** This is your account activity for the time period specified.

### Account Activity: All transactions

| Description | Charge | Payment | Effective Date |
|---|---|---|---|
| Pymt on Account-Mailed Check | | 15.00 | 06-NOV-2017 |
| Billing Processing Fee | 5.00 | | 21-OCT-2017 |
| Transcript Electronic PDF Fee | 10.00 | | 27-FEB-2017 |
| Web eCheck Payment | | 1.54 | 14-OCT-2016 |
| BeaverPrint Fees | 0.28 | | 12-AUG-2016 |
| BeaverPrint Fees | 1.26 | | 05-AUG-2016 |
| Web Credit Card Payment | | 6,275.15 | 31-JUL-2016 |
| Credit Card Convenience Fee | 35.00 | | 31-JUL-2016 |
| BeaverPrint Fees | 0.35 | | 29-JUL-2016 |
| Ecampus Undergraduate Course | 840.00 | | 19-JUL-2016 |
| Summer Undergraduate Tuition | -579.00 | | 19-JUL-2016 |
| BeaverPrint Fees | 0.56 | | 08-JUL-2016 |
| Interest | 0.33 | | 05-JUL-2016 |
| Ecampus Undergraduate Course | 3,640.00 | | 12-JUN-2016 |

Exh. E

Account Information

2018/2/1 上午11:52

| Pac/Rec Sport Course Fee | 38.00 | | 12-JUN-2016 |
|---|---|---|---|
| PE Activity Fee | 147.00 | | 12-JUN-2016 |
| Summer Bldg Fee | 34.00 | | 12-JUN-2016 |
| Summer Counseling Service Fee | 38.37 | | 12-JUN-2016 |
| Summer Undergraduate Tuition | 1,737.00 | | 12-JUN-2016 |
| Summer Health Service Fee | 96.42 | | 12-JUN-2016 |
| Summer Incidental Fee | 214.46 | | 12-JUN-2016 |
| BeaverPrint Fees | 0.28 | | 27-MAY-2016 |
| Parking Citation | 30.00 | | 25-MAY-2016 |
| BeaverPrint Fees | 2.38 | | 20-MAY-2016 |
| Web Credit Card Payment | | 10,757.59 | 12-MAY-2016 |
| Credit Card Convenience Fee | 35.00 | | 12-MAY-2016 |
| BeaverPrint Fees | 0.98 | | 06-MAY-2016 |
| Interest | 106.15 | | 03-MAY-2016 |
| BeaverPrint Fees | 0.35 | | 22-APR-2016 |
| HHS Dance Accompanist Fee | -8.00 | | 27-MAR-2016 |
| PE Activity Fee | -147.00 | | 27-MAR-2016 |
| Mandatory Health Insurance | 500.00 | | 21-MAR-2016 |
| Building Fee | 45.00 | | 20-MAR-2016 |
| HHS Dance Accompanist Fee | 8.00 | | 20-MAR-2016 |
| Ecampus Undergraduate Course | 1,680.00 | | 20-MAR-2016 |
| Incidental Fee | 344.32 | | 20-MAR-2016 |
| Non-Res Undergrad Tuition | 7,901.00 | | 20-MAR-2016 |
| PE Activity Fee | 147.00 | | 20-MAR-2016 |
| Counseling Service Fee | 38.37 | | 20-MAR-2016 |

Account Information

2018/2/1 上午11:52

| | | |
|---|---|---|
| Student Health Service Fee | 96.42 | 20-MAR-2016 |
| Transcript Electronic PDF Fee | 10.00 | 04-MAR-2016 |
| Web Credit Card Payment | 10,807.11 | 21-JAN-2016 |
| Credit Card Convenience Fee | 35.00 | 21-JAN-2016 |
| Music Dept Fees | -285.00 | 10-JAN-2016 |
| Ecampus Undergraduate Course | 840.00 | 03-JAN-2016 |
| Mandatory Health Insurance | 500.00 | 22-DEC-2015 |
| Building Fee | 45.00 | 20-DEC-2015 |
| Ecampus Undergraduate Course | 840.00 | 20-DEC-2015 |
| Pac/Rec Sport Course Fee | 20.00 | 20-DEC-2015 |
| Incidental Fee | 344.32 | 20-DEC-2015 |
| Music Dept Fees | 285.00 | 20-DEC-2015 |
| Non-Res Undergrad Tuition | 7,901.00 | 20-DEC-2015 |
| PE Activity Fee | 147.00 | 20-DEC-2015 |
| Counseling Service Fee | 38.37 | 20-DEC-2015 |
| Student Health Service Fee | 96.42 | 20-DEC-2015 |
| Web Credit Card Payment | 8,669.11 | 26-OCT-2015 |
| Credit Card Convenience Fee | 35.00 | 26-OCT-2015 |
| Building Fee | 2.00 | 29-SEP-2015 |
| Incidental Fee | 5.00 | 29-SEP-2015 |
| Non-Res Undergrad Tuition | 582.00 | 29-SEP-2015 |
| PE Activity Fee | 49.00 | 29-SEP-2015 |
| Building Fee | 37.00 | 12-SEP-2015 |
| Ecampus Undergraduate Course | 1,960.00 | 12-SEP-2015 |

Account Information

2018/2/1 上午11:52

| | | |
|---|---|---|
| Incidental Fee | 324.32 | 12-SEP-2015 |
| Non-Res Undergrad Tuition | 4,991.00 | 12-SEP-2015 |
| PE Activity Fee | 49.00 | 12-SEP-2015 |
| Counseling Service Fee | 38.37 | 12-SEP-2015 |
| Student Health Service Fee | 96.42 | 12-SEP-2015 |
| Mandatory Health Insurance | 500.00 | 08-SEP-2015 |
| Tuition/Scholarship Refund | 209.00 | 24-JUL-2015 |
| Geosciences Field Trip Fee | -19.00 | 23-JUL-2015 |
| Summer Undergraduate Tuition | -567.00 | 23-JUL-2015 |
| Geosciences Field Trip Fee | 19.00 | 19-JUL-2015 |
| Pac/Rec Sport Course Fee | -20.00 | 19-JUL-2015 |
| Summer Undergraduate Tuition | 378.00 | 19-JUL-2015 |
| Tuition/Scholarship Refund | 189.00 | 15-JUL-2015 |
| Summer Undergraduate Tuition | -189.00 | 14-JUL-2015 |
| Web Credit Card Payment | 4,879.33 | 29-JUN-2015 |
| Credit Card Convenience Fee | 35.00 | 29-JUN-2015 |
| Ecampus Undergraduate Course | 271.00 | 21-JUN-2015 |
| PE Activity Fee | -49.00 | 21-JUN-2015 |
| Summer Undergraduate Tuition | -189.00 | 21-JUN-2015 |
| PE Activity Fee | 49.00 | 14-JUN-2015 |
| Ecampus Undergraduate Course | 2,439.00 | 14-JUN-2015 |
| Pac/Rec Sport Course Fee | 20.00 | 14-JUN-2015 |
| PE Activity Fee | 49.00 | 14-JUN-2015 |
| Summer Bldg Fee | 34.00 | 14-JUN-2015 |

Account Information

2018/2/1 上午11:52

| | | |
|---|---|---|
| Summer Counseling Service Fee | 35.23 | 14-JUN-2015 |
| Summer Undergraduate Tuition | 1,890.00 | 14-JUN-2015 |
| Summer Health Service Fee | 90.09 | 14-JUN-2015 |
| Summer Incidental Fee | 199.12 | 14-JUN-2015 |
| BeaverPrint Fees | 2.94 | 12-JUN-2015 |
| Health Service Pharmacy | 2.95 | 19-MAY-2015 |
| Web Credit Card Payment | 9,676.43 | 11-APR-2015 |
| Credit Card Convenience Fee | 35.00 | 11-APR-2015 |
| Ecampus Undergraduate Course | 813.00 | 05-APR-2015 |
| Building Fee | -2.00 | 26-MAR-2015 |
| Incidental Fee | -5.00 | 26-MAR-2015 |
| Non-Res Undergrad Tuition | -613.00 | 26-MAR-2015 |
| PE Activity Fee | -49.00 | 26-MAR-2015 |
| Mandatory Health Insurance | 567.00 | 25-MAR-2015 |
| Building Fee | 45.00 | 22-MAR-2015 |
| Ecampus Undergraduate Course | 1,084.00 | 22-MAR-2015 |
| Incidental Fee | 320.25 | 22-MAR-2015 |
| Non-Res Undergrad Tuition | 7,356.00 | 22-MAR-2015 |
| PE Activity Fee | 49.00 | 22-MAR-2015 |
| Counseling Service Fee | 35.23 | 22-MAR-2015 |
| Student Health Service Fee | 90.09 | 22-MAR-2015 |
| Insurance Payment | 49.14 | 16-FEB-2015 |
| Web Credit Card Payment | 9,006.16 | 28-JAN-2015 |
| Credit Card Convenience Fee | 35.00 | 28-JAN-2015 |
| Building Fee | -2.00 | 15-JAN-2015 |

Account Information

2018/2/1 上午11:52

| | | |
|---|---|---|
| Incidental Fee | -5.00 | 15-JAN-2015 |
| Non-Res Undergrad Tuition | -613.00 | 15-JAN-2015 |
| PE Activity Fee | -49.00 | 15-JAN-2015 |
| Ecampus Undergraduate Course | 1,084.00 | 07-JAN-2015 |
| Interest | 0.92 | 05-JAN-2015 |
| Mandatory Health Insurance | 567.00 | 22-DEC-2014 |
| Building Fee | 45.00 | 21-DEC-2014 |
| Incidental Fee | 320.25 | 21-DEC-2014 |
| Non-Res Undergrad Tuition | 7,356.00 | 21-DEC-2014 |
| PE Activity Fee | 49.00 | 21-DEC-2014 |
| Counseling Service Fee | 35.23 | 21-DEC-2014 |
| Student Health Service Fee | 90.09 | 21-DEC-2014 |
| Interest | 0.52 | 02-DEC-2014 |
| Parking Citation | 40.00 | 02-DEC-2014 |
| BeaverPrint Fees | 3.01 | 30-OCT-2014 |
| Health Service Pharmacy | 49.14 | 28-OCT-2014 |
| Web Credit Card Payment | 8,554.53 | 21-OCT-2014 |
| Credit Card Convenience Fee | 35.00 | 21-OCT-2014 |
| PE Activity Fee | 49.00 | 06-OCT-2014 |
| Interest | 0.32 | 02-OCT-2014 |
| NR Undergrad Business Tuition | -9,207.00 | 02-OCT-2014 |
| Non-Res Undergrad Tuition | 7,356.00 | 02-OCT-2014 |
| Ecampus Undergraduate Course | -1,084.00 | 01-OCT-2014 |
| NR Undergrad Business Tuition | 1,285.00 | 01-OCT-2014 |

Account information

2018/2/1 上午11:52

| | | |
|---|---|---|
| PE Activity Fee | -49.00 | 01-OCT-2014 |
| Building Fee | 6.00 | 30-SEP-2014 |
| Incidental Fee | 15.00 | 30-SEP-2014 |
| NR Undergrad Business Tuition | 2,225.00 | 30-SEP-2014 |
| Building Fee | 2.00 | 29-SEP-2014 |
| Incidental Fee | 5.00 | 29-SEP-2014 |
| NR Undergrad Business Tuition | 633.00 | 29-SEP-2014 |
| PE Activity Fee | 49.00 | 29-SEP-2014 |
| Biology Lab Fees | 25.00 | 17-SEP-2014 |
| Building Fee | 37.00 | 17-SEP-2014 |
| Ecampus Undergraduate Course | 1,084.00 | 17-SEP-2014 |
| Incidental Fee | 300.25 | 17-SEP-2014 |
| NR Undergrad Business Tuition | 5,064.00 | 17-SEP-2014 |
| Counseling Service Fee | 35.23 | 17-SEP-2014 |
| Student Health Service Fee | 90.09 | 17-SEP-2014 |
| Mandatory Health Insurance | 567.00 | 11-SEP-2014 |
| ONID Printing Fee | 1.64 | 05-SEP-2014 |
| Parking Citation | 30.00 | 03-SEP-2014 |
| Web Credit Card Payment | 3,150.64 | 22-JUN-2014 |
| Credit Card Convenience Fee | 35.00 | 22-JUN-2014 |
| Summer UG Business Tuition | -836.00 | 22-JUN-2014 |
| Ecampus Undergraduate Course | 1,084.00 | 14-JUN-2014 |
| Summer Bldg Fee | 34.00 | 14-JUN-2014 |
| Summer Counseling Service Fee | 35.23 | 14-JUN-2014 |

Account Information

2018/2/1 上午11:52

| | | |
|---|---|---|
| Summer UG Business Tuition | 2,508.00 | 14-JUN-2014 |
| Summer Health Service Fee | 89.09 | 14-JUN-2014 |
| Summer Incidental Fee | 200.20 | 14-JUN-2014 |
| ONID Printing Fee | 0.42 | 03-JUN-2014 |
| ONID Printing Fee | 0.70 | 13-MAY-2014 |
| Tuition/Scholarship Refund | 1,084.00 | 09-APR-2014 |
| Ecampus Undergraduate Course | -1,084.00 | 07-APR-2014 |
| Web Credit Card Payment | 9,586.08 | 05-APR-2014 |
| Credit Card Convenience Fee | 35.00 | 05-APR-2014 |
| Mandatory Health Insurance | 388.00 | 25-MAR-2014 |
| Building Fee | 45.00 | 23-MAR-2014 |
| Ecampus Undergraduate Course | 1,084.00 | 23-MAR-2014 |
| Incidental Fee | 312.71 | 23-MAR-2014 |
| NR Undergrad Business Tuition | 7,596.00 | 23-MAR-2014 |
| Counseling Service Fee | 35.23 | 23-MAR-2014 |
| Student Health Service Fee | 89.09 | 23-MAR-2014 |
| ONID Printing Fee | 1.05 | 05-FEB-2014 |
| Web Credit Card Payment | 9,420.64 | 31-JAN-2014 |
| Credit Card Convenience Fee | 35.00 | 31-JAN-2014 |
| Parking Citation | 85.00 | 30-DEC-2013 |
| Mandatory Health Insurance | 388.00 | 30-DEC-2013 |
| Building Fee | 45.00 | 21-DEC-2013 |
| Ecampus Undergraduate Course | 813.00 | 21-DEC-2013 |
| Incidental Fee | 312.71 | 21-DEC-2013 |
| NR Undergrad Business Tuition | 7,616.00 | 21-DEC-2013 |

Account Information

| Description | Amount | Date |
|---|---|---|
| Counseling Service Fee | 35.23 | 21-DEC-2013 |
| Student Health Service Fee | 89.09 | 21-DEC-2013 |
| Web Credit Card Payment | 6,611.27 | 31-OCT-2013 |
| Credit Card Convenience Fee | 35.00 | 31-OCT-2013 |
| Building Fee | -5.25 | 30-OCT-2013 |
| Incidental Fee | -63.18 | 30-OCT-2013 |
| Counseling Service Fee | -8.81 | 30-OCT-2013 |
| Student Health Service Fee | -22.27 | 30-OCT-2013 |
| ONID Printing Fee | 1.61 | 30-OCT-2013 |
| Building Fee | -5.50 | 28-OCT-2013 |
| Ecampus Undergraduate Course | -203.25 | 28-OCT-2013 |
| Incidental Fee | -13.75 | 28-OCT-2013 |
| NR Undergrad Business Tuition | -1,740.75 | 28-OCT-2013 |
| Building Fee | -2.00 | 10-OCT-2013 |
| Incidental Fee | -5.00 | 10-OCT-2013 |
| NR Undergrad Business Tuition | -673.00 | 10-OCT-2013 |
| Ecampus Undergraduate Course | 813.00 | 30-SEP-2013 |
| Building Fee | 45.00 | 18-SEP-2013 |
| Incidental Fee | 312.71 | 18-SEP-2013 |
| NR Undergrad Business Tuition | 7,636.00 | 18-SEP-2013 |
| Counseling Service Fee | 35.23 | 18-SEP-2013 |
| Student Health Service Fee | 89.09 | 18-SEP-2013 |
| Mandatory Health Insurance | 388.00 | 06-SEP-2013 |
| Tuition/Scholarship Refund | 160.00 | 31-JUL-2013 |

Account Information

2018/2/1 上午11:52

| | | |
|---|---|---|
| Insurance Payment | 160.00 | 29-JUL-2013 |
| Tuition/Scholarship Refund | 351.00 | 17-JUL-2013 |
| Summer UG Business Tuition | -606.00 | 16-JUL-2013 |
| Web eCheck Payment | 3,638.20 | 07-JUL-2013 |
| Summer UG Business Tuition | 3,030.00 | 07-JUL-2013 |
| Summer Undergraduate Tuition | -3,330.00 | 07-JUL-2013 |
| PE Activity Fee | 49.00 | 24-JUN-2013 |
| Summer Undergraduate Tuition | 740.00 | 24-JUN-2013 |
| Math Course Fee | 15.00 | 23-JUN-2013 |
| PE Activity Fee | -49.00 | 23-JUN-2013 |
| Summer Undergraduate Tuition | -555.00 | 23-JUN-2013 |
| Music Dept Fees | 285.00 | 15-JUN-2013 |
| PE Activity Fee | 49.00 | 15-JUN-2013 |
| Summer Bldg Fee | 34.00 | 15-JUN-2013 |
| Summer Counseling Service Fee | 35.23 | 15-JUN-2013 |
| Summer Undergraduate Tuition | 3,145.00 | 15-JUN-2013 |
| Summer Health Service Fee | 89.09 | 15-JUN-2013 |
| Summer Incidental Fee | 195.78 | 15-JUN-2013 |
| Health Svc Outpatient | 12.50 | 04-JUN-2013 |
| Health Svc Supplies | 147.50 | 04-JUN-2013 |
| ONID Printing Fee | 0.10 | 28-MAY-2013 |
| Web eCheck Payment | 7,814.77 | 30-APR-2013 |
| ONID Printing Fee | 0.91 | 29-APR-2013 |
| Building Fee | 45.00 | 23-MAR-2013 |

Account Information

2018/2/1 上午11:52

| | | |
|---|---|---|
| Math Course Fee | 10.00 | 23-MAR-2013 |
| Incidental Fee | 323.25 | 23-MAR-2013 |
| Non-Res Undergrad Tuition | 6,948.00 | 23-MAR-2013 |
| Counseling Service Fee | 35.23 | 23-MAR-2013 |
| Student Health Service Fee | 89.09 | 23-MAR-2013 |
| COSINE Printing Fee | 0.60 | 22-MAR-2013 |
| Mandatory Health Insurance | 361.00 | 20-MAR-2013 |
| Insurance Payment | 83.80 | 11-MAR-2013 |
| Interest | 0.84 | 04-MAR-2013 |
| ONID Printing Fee | 0.65 | 26-FEB-2013 |
| ONID Printing Fee | 0.20 | 28-JAN-2013 |
| Health Service Lab | 83.80 | 28-JAN-2013 |
| Pymt on Acct-Direct Deposit | 7,885.57 | 16-JAN-2013 |
| Mandatory Health Insurance | 361.00 | 09-JAN-2013 |
| Building Fee | 45.00 | 06-JAN-2013 |
| Math Course Fee | 15.00 | 06-JAN-2013 |
| Incidental Fee | 323.25 | 06-JAN-2013 |
| Non-Res Undergrad Tuition | 6,948.00 | 06-JAN-2013 |
| PE Activity Fee | 49.00 | 06-JAN-2013 |
| Counseling Service Fee | 35.23 | 06-JAN-2013 |
| Student Health Service Fee | 89.09 | 06-JAN-2013 |
| Parking Citation | 20.00 | 28-NOV-2012 |
| Payment on Account-Cash | 0.35 | 15-NOV-2012 |
| ONID Printing Fee | 0.35 | 30-JUL-2012 |
| Payment on Account-Cash | 4,650.00 | 10-JUL-2012 |

Account Information

2018/2/1 上午11:52

| | | |
|---|---|---|
| Late Registration Fee | 50.00 | 04-JUL-2012 |
| Summer Bldg Fee | 34.00 | 04-JUL-2012 |
| Summer Counseling Service Fee | 35.23 | 04-JUL-2012 |
| Summer Undergraduate Tuition | 4,234.46 | 04-JUL-2012 |
| Summer Health Service Fee | 100.53 | 04-JUL-2012 |
| Summer Incidental Fee | 195.78 | 04-JUL-2012 |
| Payment on Account-Cash | 2.91 | 02-JUL-2012 |
| Health Ins Prem Pymt-Cash | 291.00 | 02-JUL-2012 |
| Interest | 2.91 | 04-JUN-2012 |
| Mandatory Health Insurance | 339.00 | 21-APR-2012 |
| Resident Undergrad Tuition | -48.00 | 19-APR-2012 |
| Pymt on Acct-Direct Deposit | 5,407.65 | 17-APR-2012 |
| Interest | 0.75 | 03-APR-2012 |
| Housing-Cancellation Charge | 684.00 | 26-MAR-2012 |
| Building Fee | 45.00 | 25-MAR-2012 |
| Incidental Fee | 324.71 | 25-MAR-2012 |
| Resident Undergrad Tuition | 4,142.53 | 25-MAR-2012 |
| Counseling Service Fee | 35.23 | 25-MAR-2012 |
| Student Health Service Fee | 100.53 | 25-MAR-2012 |
| Health Svc Outpatient | 12.00 | 13-FEB-2012 |
| Health Svc Supplies | 62.90 | 13-FEB-2012 |
| Pymt on Acct-Direct Deposit | 4,704.90 | 08-FEB-2012 |
| Intl Student Orientation Fee | 30.00 | 02-FEB-2012 |
| Building Fee | 45.00 | 17-JAN-2012 |

Account Information

2018/2/1 上午11:52

| Incidental Fee | 276.71 | | 17-JAN-2012 |
|---|---|---|---|
| Resident Undergrad Tuition | 4,142.53 | | 17-JAN-2012 |
| Counseling Service Fee | 35.23 | | 17-JAN-2012 |
| Student Health Service Fee | 100.53 | | 17-JAN-2012 |
| Health Svc Outpatient | 12.00 | | 10-JAN-2012 |
| Health Svc Supplies | 62.90 | | 10-JAN-2012 |
| Pymt on Acct-Direct Deposit | | 3,625.00 | 09-JAN-2012 |
| ID Card Services Fee | 20.00 | | 09-JAN-2012 |
| Undergraduate MatriculationFee | 300.00 | | 09-JAN-2012 |
| Housing-Room | 2,413.00 | | 20-DEC-2011 |
| UHDS Dining Plan #2 | 847.00 | | 20-DEC-2011 |
| Res Hall Application Fee | 45.00 | | 19-DEC-2011 |
| **Amount Due** | 0.00 | | |

Select another Bill Date

**RELEASE: 8.2.0.1**

© 2018 Ellucian Company L.P. and its affiliates.



**CHASE** ○
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 28, 2015 through February 25, 2015
Account Number:   **000000465615586**

---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



IIhIIhIhIIhIIhIIhIhIIIhIIIIhIIIIhIIIIhIIIhIIhIIhII
00020829 DRE 702 210 05715 NNNNNNNNNNN  1 000000000 37 0000
XUE JI
5098 SW TECHNOLOGY LOOP APT 205
CORVALLIS OR 97333-1591

## We are updating your Deposit Account Agreement

We will update the Electronic Funds Transfer Service Terms in your agreement for personal accounts effective March 22, 2015, to cover how you can use an eATM (formerly known as an Express Banking kiosk) **located inside a branch lobby during the branch operating hours:**

- You can **deposit** up to $5,000 in cash each day.
- You can **withdraw** up to $3,000 each day. All other withdrawals at eATMs count toward your daily ATM withdrawal limit. Privileges card limits remain the same.
- You will be able to provide us personal identification that we accept, such as a driver's license. Our branch employee will then give you a temporary, one-time code so you can have full use of the eATM.

These changes will happen over several months, so you should ask an employee in your branch if the eATM has been updated with these changes.

For a copy of your agreement, you can view it anytime by logging in at **chase.com** and clicking Legal Agreements and Disclosures at the bottom of any page, or visit a branch. If you have questions, please call us at the telephone number listed on this statement.

## CHECKING SUMMARY   Chase College Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$19,354.72** |
| Deposits and Additions | 41,500.00 |
| Electronic Withdrawals | - 11,570.61 |
| Fees and Other Withdrawals | - 15.00 |
| **Ending Balance** | **$49,269.11** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$19,354.72** |
| 01/29 | 01/29 Payment To Chase Card Ending IN 2350 | - 1,444.16 | 17,910.56 |
| 02/02 | 02/02 Payment To Chase Card Ending IN 2350 | - 9,109.87 | 8,800.69 |
| 02/05 | Chase Quickpay Electronic Transfer 4428915728 From Jiheng Lu | **1,000.00** | 9,800.69 |





January 28, 2015 through February 25, 2015
Account Number:   **000000465615586**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 02/12 | Chips Credit Via: Bank of China New York Branch/0326 B/O: 1/Lidan 3/Cn/Yk Ref: Nbnf=Xue Ji Corvallis, OR 973331591/Ac-000000004656 Org=/6216610500007 846584 3/Cn/Yk Ogb=Bank of China Da Lian Obi=Rfb Education Branch 54175 46111 Ssn: 0405742 Trn: 7400300043Fc | **40,000.00** | 49,800.69 |
| 02/12 | Incoming Domestic Wire Fee | - 15.00 | 49,785.69 |
| 02/19 | Chase Quickpay Electronic Transfer 4457642433 From Jiheng Lu | **500.00** | 50,285.69 |
| 02/24 | Korean Cosmetics Iat Paypal J2222248Mrkkj   Web ID: 770510487C | - 99.98 | 50,185.71 |
| 02/25 | American Express ACH Pmt   W4122      Web ID: 2005032111 | - 916.60 | 49,269.11 |
| | **Ending Balance** | | **$49,269.11** |

 CHASE

January 28, 2015 through February 25, 2015
Account Number: **000000465615586**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.  Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**





January 28, 2015 through February 25, 2015
Account Number:    000000465615586

This Page Intentionally Left Blank



NO.0362086967

根据婚姻法规定，要求结婚时，男女双方必须亲自到婚姻登记机关进行结婚登记。符合本法规定的，予以登记，发给结婚证。取得结婚证，即确立夫妻关系。

Exh G



结婚申请，符合《中华人民共和国婚姻法》规定，予以登记，发给此证。

登记机关

婚姻登记员

中华人民共和国民政部监制

纪雪



公证日期  2017 年 08 月 22 日

公证证字号   J130202-2017-001071

纪雪

姓名      中国              性别      女
国籍                      出生日期   1991年06月24日
身份证件号  210882199106243923

齐兆祺              男
姓名      中国              性别      男
国籍                      出生日期   1988年12月02日
身份证件号  211481198812020813

（translation）

According to "Marriage Law", applications must go to the Marriage Register Government by themselves.  If they qualify for the stipulations on marriage under the law and are therefore allowed registering for marriage.

No. 0362086967

（translation）

The Ministry of Civil Administration of the People's Republic of China

Marriage Book

Under Supervision of the Ministry of Civil Administration of the People's Republic of China

Applied for marriage.   Reviews have shown that they qualify for the stipulations on marriage under "Marriage Laws of the People's Republic of China" and are therefore allowed to register for marriage and this certificate is therefore issued

Special Seal of marriage Registry of Bureau of Civil Affairs of Lunan Dist. of Tangshan City

Issued Organ:

Registrar : Ying Jia

（translation）

Certificate Holder: Ji, Xue

Register Date: 08/22/2017

PHOTO

Married Book No: J130202-2017-001071

Remark:

Name: Ji, Xue                          Sex: Female

Nationality: China                     Date of Birth: 06/24/1991

Resident ID No: 210882199106243923

Name: Xin, Zhaoqi                      Sex: Male

Nationality: China                     Date of Birth: 12/02/1988

Resident ID No: 211481198812020813

Certificate of Translation

I, Ruby Cheng, am competent to translate Mandarin into English, and certify that the translation of (Ji, Xue's Marriage Certificate) is true and accurate to the best of my abilities.

**Signature of translator:**

*Ruby Cheng*

**Printed name:** *Ruby Cheng*

**Address:** *1103 S. San Gabriel Blvd., Suite "D" San Gabriel, CA 91776*

**Telephone Number:** *626-288-8890*

**Date:** *February 6th, 2018*

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID:  N0008982583

| | | |
|---|---|---|
| **SURNAME/PRIMARY NAME**<br>Xin | **GIVEN NAME**<br>Zhaoqi | **Class of Admission** |
| **PREFERRED NAME**<br>Zhaoqi Xin | **PASSPORT NAME** | # F-1 |
| **COUNTRY OF BIRTH**<br>CHINA | **COUNTRY OF CITIZENSHIP**<br>CHINA | |
| **DATE OF BIRTH**<br>02 DECEMBER 1986 | **ADMISSION NUMBER**<br>61999823583 | **ACADEMIC AND LANGUAGE** |
| **FORM ISSUE REASON**<br>CONTINUED ATTENDANCE | **LEGACY NAME**<br>Zhaoqi, Xin | |

### SCHOOL INFORMATION

| | |
|---|---|
| **SCHOOL NAME**<br>University of La Verne<br>University of La Verne | **SCHOOL ADDRESS**<br>1950 Third Street, La Verne, CA 91750 |
| **SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL**<br>Pressian Nicolov<br>Director | **SCHOOL CODE AND APPROVAL DATE**<br>LOS214F00332 000<br>22 JANUARY 2003 |

### PROGRAM OF STUDY

| | | |
|---|---|---|
| **EDUCATION LEVEL**<br>MASTER'S | **MAJOR 1**<br>Business Administration and<br>Management, General 52.0201 | **MAJOR 2**<br>None 00.0000 |
| **PROGRAM ENGLISH PROFICIENCY**<br>Required | **ENGLISH PROFICIENCY NOTES**<br>Student is proficient | **EARLIEST ADMISSION DATE** |
| **START OF CLASSES**<br>03 JANUARY 2017 | **PROGRAM START/END DATE**<br>03 JANUARY 2017 - 02 JULY 2019 | |

### FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 12 MONTHS | | | STUDENT'S FUNDING FOR: 12 MONTHS | | |
|---|---|---|---|---|---|
| Tuition and Fees | $ | 14,880 | Personal Funds | $ | 0 |
| Living Expenses | $ | 18,298 | Funds From This School | $ | 0 |
| Expenses of Dependents (0) | $ | 0 | Personal Funds | $ | 33,178 |
| Other | $ | 0 | On-Campus Employment | $ | 0 |
| **TOTAL** | $ | 33,178 | **TOTAL** | $ | 33,178 |

### REMARKS

### SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

| X _Pressian Nicolov_ | | |
|---|---|---|
| **SIGNATURE OF:** Pressian Nicolov, Director | **DATE ISSUED**<br>02 January 2018 | **PLACE ISSUED**<br>La Verne,CA |

### STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

| X | | 01/02/2018 |
|---|---|---|
| **SIGNATURE OF:** Zhaoqi Xin | **DATE** | |

| X | | |
|---|---|---|
| **NAME OF PARENT OR GUARDIAN** | **SIGNATURE** | **ADDRESS** (city/state or province/country)     **DATE** |

EXhH

ICE Form I-20 (3/31/2018)

Page 1 of 3

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0008982583  (F-1)        NAME:  Zhaoqi Xin

### EMPLOYMENT AUTHORIZATIONS

### CHANGE OF STATUS/CAP-GAP EXTENSION

### AUTHORIZED REDUCED COURSE LOAD

### CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| 25 SEPTEMBER 2017 | 10 DECEMBER 2017 |

### TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official / TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|
| ressian Niator   DSO | X _fressian Nrubr_ | 1/2/2018 | La Verne, cA. |
| | X | | |
| | X | | |
| | X | | |

ICE Form I-20 (3/31/2018)



付款人：李丹

付款账号：622208 0703000683311

付款账号开户行：中国工商银行

交易渠道：网上银行

汇款金额：813,600.00元

手续费：0.00元

是否跨行转账：否

交易日期：2017年03月01日 12:00:33

收款人：宋长征

收款账号/手机号/e-mail：622208 3207000785...

收款账号开户行：中国工商银行

交易状态：交易成功

EXH I

Payer: **Li, Dan**

Payee: **Song, Zhili**

Payment Account No.: **622208 0709000683311**

Recipient Account No. /Cell Phone No. / Email: **622206**

**3202000176389**

Bank of Payment Account: **ICBC**

Bank of Receiving Account: **ICBC**

Transaction Channel: **Online Banking**

Transaction Status: **Transaction Successful**

Transaction Amount: ￥**813,600.00**

Currency: **RMB**

Handling Fee: ￥**0.00**

Banknote / Remittance Signs: **Banknote**

Deduction Plan: **No**

Certificate Signing: **Yes**

Transaction Date: **08/01/2017   12:00:33**

Show the payer account Information: **Yes**

Postscript:

Certificate of Translation

I, Ruby Cheng, am competent to translate Mandarin into English, and certify that the translation of (Li, Dan's Transaction Note) is true and accurate to the best of my abilities.

**Signature of translator:** *Ruby Chen*

**Printed name:** *Ruby Chen*

**Address:** *1103 S. San Gabriel Blvd., Suite "D" San Gabriel, CA 91776*

**Telephone Number:** *626-288-8890*

**Date:** *February 1st, 2018*

Transfer Successful

HSBC Bank USA, N.A.
452 Fifth Avenue
New York, NY 10018-3801

Today's Date:                August 1, 2017

## RECEIPT

Sender:              DIANWEI WANG
                     8440 FERN AVE
                     ROSEMEAD CA
                     91770-3261
                     626-731-1728

Recipient:           XUE JI
                     515 N GRAND AVE
                     STE 1
                     WALNUT
                     CA
                     91789-2143
                     United States

Pick-Up Location:    HSBC Bank USA,
                     National Association
                     2783 S Diamond Bar
                     Blvd
                     Diamond Bar
                     91765
                     United States

Confirmation Code:   UVDZCTW2

Date Available:      August 8, 2017

Transfer Amount:               $120,000.00

Transfer Fees:                 Not Applicable

Total                          $120,000.00

Exh J

# 人口基本信息



| | | | |
|---|---|---|---|
| 户主: | 纪征群 | 与户主关系: | 孙女 |
| 户号: | 000710249 | 户口性质: | 居民户口 |
| 姓名: | 纪雪 | 曾用名: | |
| 出生日期: | 1991-06-24 | 出生时间: | 00:00:00 |
| 性别: | 女 | 民族: | 汉族 |
| 血型: | 不明 | 身高: | |
| 文化程度: | 初中毕业 | 婚姻状况: | 未婚 |
| 兵役状况: | 未服兵役 | 宗教信仰: | 无宗教信仰 |
| 职业: | | 服务处所: | |
| 出生地: | 辽宁省大石桥市 | | |
| 籍贯: | 辽宁省大石桥市 | | |

公民身份号码: 210882199106243923

户口地址: 辽宁省大石桥市金桥前硅山村03号4-5-3

| | | | |
|---|---|---|---|
| 户口地派出所: | 金桥分局 | 户口地责任区: | 硅山警务责任区 |
| 所属街道(乡镇): | 金桥办事处 | 所属社区(村委会): | 前硅山村 |
| 居住地地址: | | | |
| 居住地派出所: | | 居住地责任区: | |
| 所属街道(乡镇): | | 所属社区(居村委会): | |
| 何因迁来: | | 何时迁来: | |
| 迁来地址: | | | |
| 迁出注销类别: | | 迁出日期: | |
| 迁往地址: | | | |
| 死亡注销类别: | | 死亡日期: | |
| 父亲姓名: | 纪家顺 | 父亲公民证号: | 210882197210043930 |
| 母亲姓名: | 李丹 | 母亲公民证号: | 210882197209123925 |
| 配偶姓名: | | 配偶公民证号: | |
| 联系方式: | 15041751000 | 记录状态: | 有效 |
| 操作人: | 李明 | 城乡性质: | 村庄 |
| 监护人一证件种类: | | 监护人一证件号码: | |
| 监护人二证件种类: | | 监护人二证件号码: | |
| 监护人一外文姓: | | 监护人一外文名: | |
| 监护人二外文姓: | | 监护人二外文名: | |
| 父亲外文姓: | | 父亲外文名: | |
| 母亲外文姓: | | 母亲外文名: | |
| 配偶外文姓: | | 配偶外文名: | |

Exh K

# Basic Personal Information

(PHOTO)

| | | | |
|---|---|---|---|
| Name of Household | Ji, Zhengqun | Relationship with head of household | Grandchildren |
| Household No. | 000710249 | Household Type | Resident Household |
| Name | Ji, Xue | Name used before | |
| Date Of Birth | 06/24/1991 | Time of birth | 00:00:00 |
| Gender | Female | Nationality | Han |
| Blood Type | Unknown | Height | |
| Education | Junior High School | Marital Status | Single |
| Military Service | None | Religious Belief | None |
| Occupation | | Place of service | |
| Place of Birth | Dashiqiao City, Liaoning Province | | |
| Native place | Dashiqiao City, Liaoning Province | | |
| Citizenship ID No. | 210882199106243923 | | |
| Registered Address | 03-4-5-3 Qianlishan Village, Jinqiao, Dashiqiao City, Liaoning Province | | |
| Registered Address Police Station | Jinqiao Public Security Sub-bureau | Household Responsibility Area | Lishan Police Duty Area |
| Belong to which Street (Township) | Jinqiao Sub-district office | Belong to which community (village committee) | Qianlishan Village |
| Residential Address | | Address Responsibility Area | |
| Police Station of Residential Address | | Belong to which community (neighborhood/village committee) | |
| Address Street (Township) | | | |
| The reason come to the city | | Date of move to | |
| From where moved to this address | | | |
| Move out cancellation type | | Date of move out | |
| Move to address | | | |
| Death cancellation type | | Date of Death | |
| Name of father | Ji, Jiashun | Father's ID No. | 210882197210043930 |
| Name of mother | Li, Dan | Mother's ID No. | 210882197209123925 |
| Name of spouse | | Spouse's ID No. | |
| Contact Information | 15041751000 | Record Status | Valid |
| Operator | Li, Ming | Urban and rural type | Village |
| Guardian 1 ID type | | Guardian 1 ID No. | |
| Guardian 2 ID type | | Guardian 2 ID No. | |
| Last name of guardian 1 in foreign language | | First name of guardian 1 in foreign language | |
| Last name of guardian 2 in foreign language | | First name of guardian 2 in foreign language | |
| Last name of father in foreign language | | First name of father in foreign language | |
| Last name of mother in foreign language | | First name of mother in foreign language | |
| Last name of spouse in foreign language | | First name of spouse in foreign language | |

Dashiqiao City Public Security Bureau

Special Seal for Household Registration

Jinqiao Public Security Sub-Bureau

Certificate of Translation

I, Ruby Cheng, am competent to translate Mandarin into English, and certify that the translation of (Ji, Xue's Basic Personal Information) is true and accurate to the best of my abilities.

**Signature of translator:**

*Ruby Cheng*

**Printed name:** *Ruby Cheng*

**Address:** *1103 S. San Gabriel Blvd., Suite "D" San Gabriel, CA 91776*

**Telephone Number:** *626-288-8890*

**Date:** *February 6th, 2018*



CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE

## HEALTH CARE AGENCY

1200 N. MAIN STREET, SUITE 100-A
SANTA ANA, CALIFORNIA 92701

### CERTIFICATE OF LIVE BIRTH
#### STATE OF CALIFORNIA
#### USE BLACK INK ONLY

STATE FILE NUMBER

1201830005180

LOCAL REGISTRATION NUMBER

| | | | | |
|---|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD - FIRST<br>YI YAN | 1B. MIDDLE<br>- | | 1C. LAST<br>XIN |
| | 2. SEX<br>FEMALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.<br>SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.<br>- | 4A. DATE OF BIRTH - MM/DD/CCYY<br>02/20/2018 | 4B. HOUR - 24 HOUR CLOCK TIME<br>2355 |

| | | | |
|---|---|---|---|
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY<br>HOAG MEMORIAL HOSPITAL | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION<br>ONE HOAG DRIVE | |
| | 5C. CITY<br>NEWPORT BEACH | 5D. COUNTY<br>ORANGE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **NAME OF PARENT** | 6A. NAME OF PARENT - FIRST<br>ZHAO QI | 6B. MIDDLE<br>- | 6C. LAST - BIRTH NAME<br>XIN | 6D. ☐MOTHER ☐FATHER ☐PARENT | 7. BIRTHPLACE - STATE/COUNTRY<br>CHINA | 8. DATE OF BIRTH<br>12/02/1988 |
| **NAME OF PARENT** | 9A. NAME OF PARENT - FIRST<br>XUE | 9B. MIDDLE<br>- | 9C. LAST - BIRTH NAME<br>JI | 9D. ☐MOTHER ☐FATHER ☐PARENT | 10. BIRTHPLACE - STATE/COUNTRY<br>CHINA | 11. DATE OF BIRTH<br>06/24/1991 |

| | | | |
|---|---|---|---|
| **INFORMANT AND BIRTH CERTIFICATION** | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT - SIGNATURE | 12B. RELATIONSHIP TO CHILD<br>FATHER | 12C. DATE SIGNED<br>02/21/2018 |
| | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE<br>*Donna Vig, HIM* | 13B. LICENSE NUMBER<br>A112120 | 13C. DATE SIGNED<br>02/21/2018 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT<br>C MARINESCU,MD,415 OLD NEWPORT BLVD #100,NEWPORT BEACH | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT<br>DONNA VIG, HIM |

| | | | |
|---|---|---|---|
| **LOCAL REGISTRAR** | 15A. DATE OF DEATH - MM/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE<br>ERIC G. HANDLER, MD | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY<br>02/27/2018 |

CAORANGE01

*Exh. L.*

#### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF ORANGE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Vital Records Section, Orange County Health Care Agency.

DATE ISSUED _____ March 5, 2018

004107230



ERIC G. HANDLER, MD
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

U.S. POSTAGE
SAN GABRIEL, CA
91776
MAR 08 18
AMOUNT
$12.90
R2304P1 16830-14

1006    90012

MAR 12 2018

FROM:  Ji, Xue
1216 Bramford Ct.,
Diamond Bar, CA 91765-6502

TO: United States District Court
Central District of California
West Division
Roybal Courthouse
255 East Temple St. Suite 180
Los Angeles, CA 90012-4701

RETURN RECEIPT REQUESTED

RECEIVED
CLERK, U.S. DIST. COURT
MAR 12 2018
CENTRAL OF...

PRESS FIRMLY TO SEAL                    SEAL

PRIORITY®

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

P S00001000014

7015 0640 0000 5711 0809

This envelope is made from post-consumer waste. Please recycle - again.