Zhenxiong Fan
1041 S. Garfield Ave #103
Alhambra CA 91801
Tel: 626-257-0369
Fax: 626-288-6099
Email: Zf75@cornell.edu

Counsel for petitioner

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE<br><br>SEIZURE OF $120,002.33 IN FUNDS | Case No.: 2:18-CV-02091-GW<br><br>NOTICE OF WITHDRAWAL OF PETITION FOR RELEASE OF SEIZED PROPERTY FILED BY PETITIONER<br><br>Hearing Date: May 7, 2018<br>Hearing Time: 8:30 a.m.<br>Ctrm: 9D<br>HONORABLE GEORGE H. WU |

    Petitioner Xue Ji, through counsel, respectfully moves the Court to permit withdrawal of her petition for release of seized property filed by the petitioner on March 7, 2018

Dated: 05/04/2018

/s/ *Zhenxiong Fan*

Counsel for petitioner

---

NOTICE OF WITHDRAWAL OF PETITION FOR RELEASE OF SEIZED PROPERTY FILED BY PETITIONER

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   2:28-CV-02091-GW |
| SEIZURE OF $120,002.33 IN FUNDS ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Xue Ji                                                                                                                                            .

Date:     05/04/2018

/s/ Zhenxiong Fan
*Attorney's signature*

Zhenxiong Fan 318013
*Printed name and bar number*

1041 S. Garfield Ave., #103
Alhambra, CA 91801

*Address*

zf65@cornell.edu
*E-mail address*

(626) 257-0369
*Telephone number*

(626) 288-6099
*FAX number*