1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  KATHARINE SCHONBACHLER
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 222875
7      Federal Courthouse, 14th Floor
       312 North Spring Street
8      Los Angeles, California  90012
       Telephone:  (213) 894-3172
9      Facsimile:  (213) 894-0142
       E-mail: Katie.Schonbachler@usdoj.gov
10
   Attorneys for
11 UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $120,002.33 IN BANK FUNDS | 2:18-CV-02091-GW (JEMx) <br><br> JOINT STATUS REPORT AND REQUEST TO VACATE JULY 16, 2018 STATUS CONFERENCE |
|---|---|

   Pursuant to the Court's May 7, 2018 Order Plaintiff, United States of America (the "government") and Xue Ji ("Ji") hereby submit the following Joint Status Report and Request to Vacate July 16, 2018 status conference.

   Due to the ongoing criminal investigation, on June 29, 2018, the government filed an ex parte application to request a further

extension of the civil forfeiture complaint filing deadline until October 14, 2018 in <u>In the Matter of the Seizure of $120,002.33 in Bank Funds</u>, CR Misc. No. 18-00781. On July 3, 2018, the Court granted the application to extend the deadline to October 14, 2018.

The parties request that the Court vacate the July 16, 2018 status conference and close this matter because Ji withdrew her petition on May 4, 2018 and therefore, there is nothing pending in this petition matter.

If the Court denies the request to vacate the status conference, the parties request that the July 16, 2018 status conference be continued to a date in October 2018 since the current deadline to file a civil forfeiture complaint is October 14, 2018.

Dated: July 9, 2018

NICOLA T. HANNA  
United States Attorney  
LAWRENCE S. MIDDLETON  
Assistant United States Attorney  
Chief, Criminal Division  
STEVEN R. WELK  
Assistant United States Attorney  
Chief, Asset Forfeiture Section

   /s/ Katharine Schonbachler  
KATHARINE SCHONBACHLER  
Assistant United States Attorney

Attorneys for  
UNITED STATES OF AMERICA

Dated: July 9, 2018

   /s/ Zhenxiong Fan  
ZHENXIONG FAN, ESQ.

Attorney for XUE JI