1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  KATHARINE SCHONBACHLER
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 222875
7     Federal Courthouse, 14th Floor
      312 North Spring Street
8     Los Angeles, California  90012
      Telephone:  (213) 894-3172
9     Facsimile:  (213) 894-0142
      E-mail: Katie.Schonbachler@usdoj.gov
10
   Attorneys for
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                          WESTERN DIVISION

15 IN THE MATTER OF THE SEIZURE OF      2:18-CV-02091-GW (JEMx)
   $120,002.33 IN FUNDS
16                                      NOTICE OF ERRATA

23 //

24 //

Plaintiff United States of America hereby gives notice of the erroneous filing of a Joint Status Report and Request to Vacate July 16, 2018 Status Conference (Docket No. 13) on July 9, 2018. After the filing, the parties realized that the Court's May 7, 2018 minute order (Docket No. 12) ordered the parties to file a joint status report in the open related case <u>In the Matter of the Seizure of $120,002.33 in Bank Funds</u>, CR Misc. No. 18-00781 and the Court closed this petition matter on May 7, 2018. Therefore, on July 10, 2018, the government filed a revised Joint Status Report and Request to Vacate July 16, 2018 Status Conference in CR Misc. No. 18-00781.

Dated: July 10, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

2